Lindsey H. Taylor (LT 7234)
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C/F INTERNATIONAL, INC.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLASSIC WORLD PRODUCTIONS, INC._, et al_.<br>　　　　　Defendants. | Civil Action No. 01-3624 (WJM)<br><br>**NOTICE OF MOTION** |

To:　William H. Goldberg, Esq.
　　　39 Hudson Street
　　　Hackensack, New Jersey  07601

SIR:

PLEASE TAKE NOTICE that on March 13, 2006 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff shall move before Hon. William J. Martini, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey to modify the Judgment as against Defendant Classic World Productions.

The undersigned intends to rely upon the annexed Declaration of Counsel and letter brief, the Declaration of Julia Earle, Declaration of Counsel and Brief filed on August 4, 2005 in support of Plaintiff's motion to hold Darryl Payne in contempt, the Reply Brief, Reply Declaration of Counsel and Reply Declaration of Julia Earle filed on October 3, 2005 in support

of Plaintiff's motion to hold Darryl Payne in contempt, and the letter briefs filed with the Court on January 5, 2006 and January 17 2006 . The undersigned further relies upon the Certification of Counsel dated July 8, 2003, the Reply Certification of Counsel dated July 30, 2003, the Reply Certification of Darryl Payne dated September 26, 2003, and the Declaration of Burt Rosen dated November 4, 2003 previously filed with the Court.

The undersigned hereby consents to disposition of the motion on the papers pursuant to F.R.Civ.P. 78.

                              CARELLA, BYRNE, BAIN, GILFILLAN,
                              CECCHI, STEWART & OLSTEIN
                              Attorneys for Plaintiff


                              BY:    /s/ Lindsey H. Taylor
                                       LINDSEY H. TAYLOR

DATED: February 6, 2006