UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C/F INTERNATIONAL, INC.<br><br>             Plaintiff,<br><br>vs.<br><br>CLASSIC WORLD PRODUCTIONS, INC., *et al.*<br><br>             Defendants. | Civil Action No. 01-3624 (WJM)<br><br>**ORDER** |

THIS MATTER having come before the Court on the motion of Plaintiff C/F International, Inc. ("C/F") to fix the amount of damages due from Defendant Classic World Productions, Inc. ("Classic World") as a result of contempt for discovery violations, submission of a false affidavit, and violations of Court orders; and the Court having previously issued an Opinion and an Order dated February 16, 2006 granting C/F's motion for contempt against Defendant Darryl Payne, which was based upon the same facts as the within motion, and the Court having reviewed the parties' submissions and good cause having been shown, and based upon the Court's February 16, 2006 Opinion and Order, Defendants consent to the entry of this Order,

 IT IS on this 16th day of March 2006, hereby

ORDERED that Plaintiffs motion is GRANTED; it is further

ORDERED that Judgment is hereby GRANTED in favor of C/F against Classic World, with liability to be shared jointly and severally with Darryl Payne, in the amount of $140,524.21 comprised of the following: (1) $124,025.71 resulting from Classic World's failure to disclose licensing agreements, (2) $8,640 for post-injunction sales of Tom Jones CDs, and (3) $7,858.50 in attorney's fees and costs.

                                                                                  s/ William J. Martini
                                                                                  WILLIAM J. MARTINI, U.S.D.J.